# EXHIBIT "A"



| | |
|---|---|
| Jessica Sibilia | DIRECT ALL ACCOUNT INQUIRIES TO: |
| 45 Kearney Drive | **Crossroads Financial Technologies** |
| North Wales, PA | **2975 Regent Blvd, Suite 100** |
| 19454 | **Lockbox Services 208677** |
| | **Irving, TX 75063** |
| | **Phone Number 1-888-348-4543** |
| | **Operation hours 5:00 AM – 4:00 PM PST** |

**SUMMARY OF ACTIVITY**

| | |
|---|---|
| STATEMENT PERIOD | 09/02/23 - 01/13/25 |
| ACCOUNT OPEN DATE | September 02,2023 |
| DEPOSITS/CREDITS | $9293.90 |
| PAYMENTS/DEBITS | $5010.15 |
| STATEMENT BALANCE ON 01/13 | $4283.75 |

**TRANSACTION ACTIVITY FOR THIS PERIOD**

| DATE | TRANSACTION DESCRIPTION | DEPOSITS/CREDITS | DEBITS | ACCOUNT BALANCE |
|---|---|---|---|---|
| 09/20/23 | Recurring Deposit from Checking | 273.35 | 0 | 273.35 |
| 09/20/23 | Account Setup Fees | 0 | 9.95 | 263.40 |
| 09/20/23 | Monthly Service Fees | 0 | 10.75 | 252.65 |
| 09/20/23 | BLP Monthly Fee | 0 | 14.95 | 237.70 |
| 10/04/23 | Recurring Deposit from Checking | 273.35 | 0 | 511.05 |
| 10/07/23 | Monthly Service Fees | 0 | 10.75 | 500.30 |
| 10/18/23 | Recurring Deposit from Checking | 273.35 | 0 | 773.65 |
| 10/20/23 | BLP Monthly Fee | 0 | 14.95 | 758.70 |
| 11/01/23 | Recurring Deposit from Checking | 273.35 | 0 | 1032.05 |
| 11/07/23 | Monthly Service Fees | 0 | 10.75 | 1021.30 |
| 11/15/23 | Recurring Deposit from Checking | 273.35 | 0 | 1294.65 |
| 11/20/23 | BLP Monthly Fee | 0 | 14.95 | 1279.70 |
| 11/29/23 | Recurring Deposit from Checking | 273.35 | 0 | 1553.05 |
| 11/30/23 | PHONE Payment to creditor Bank of America - Phone | 0 | 620.00 | 933.05 |
| 12/01/23 | Settlement fee | 0 | 332.60 | 600.45 |
| 12/07/23 | Monthly Service Fees | 0 | 10.75 | 589.70 |
| 12/13/23 | Recurring Deposit from Checking | 273.35 | 0 | 863.05 |
| 12/20/23 | BLP Monthly Fee | 0 | 14.95 | 848.10 |
| 12/28/23 | Recurring Deposit from Checking | 273.35 | 0 | 1121.45 |
| 12/29/23 | PHONE Payment to creditor Bank of America - Phone | 0 | 620.00 | 501.45 |
| 01/07/24 | Monthly Service Fees | 0 | 10.75 | 490.70 |
| 01/10/24 | Recurring Deposit from Checking | 273.35 | 0 | 764.05 |
| 01/20/24 | BLP Monthly Fee | 0 | 14.95 | 749.10 |

| 01/24/24 | Recurring Deposit from Checking | 273.35 | 0 | 1022.45 |
|---|---|---|---|---|
| 01/29/24 | PHONE Payment to creditor Bank of America - Phone | 0 | 620.00 | 402.45 |
| 02/07/24 | Recurring Deposit from Checking | 273.35 | 0 | 675.80 |
| 02/07/24 | Monthly Service Fees | 0 | 10.75 | 665.05 |
| 02/09/24 | PHONE Payment to creditor Bank of America - Phone | 0 | 620.00 | 45.05 |
| 02/20/24 | BLP Monthly Fee | 0 | 14.95 | 30.10 |
| 02/22/24 | Recurring Deposit from Checking | 273.35 | 0 | 303.45 |
| 02/26/24 | Settlement fee | 0 | 273.45 | 30.00 |
| 03/06/24 | Recurring Deposit from Checking | 273.35 | 0 | 303.35 |
| 03/07/24 | Monthly Service Fees | 0 | 10.75 | 292.60 |
| 03/20/24 | Recurring Deposit from Checking | 273.35 | 0 | 565.95 |
| 03/20/24 | BLP Monthly Fee | 0 | 14.95 | 551.00 |
| 04/01/24 | Settlement fee | 0 | 430.20 | 120.80 |
| 04/03/24 | Recurring Deposit from Checking | 273.35 | 0 | 394.15 |
| 04/07/24 | Monthly Service Fees | 0 | 10.75 | 383.40 |
| 04/17/24 | Recurring Deposit from Checking | 273.35 | 0 | 656.75 |
| 04/20/24 | BLP Monthly Fee | 0 | 14.95 | 641.80 |
| 05/01/24 | Recurring Deposit from Checking | 273.35 | 0 | 915.15 |
| 05/07/24 | Monthly Service Fees | 0 | 10.75 | 904.40 |
| 05/15/24 | Recurring Deposit from Checking | 273.35 | 0 | 1177.75 |
| 05/20/24 | BLP Monthly Fee | 0 | 14.95 | 1162.80 |
| 05/30/24 | Recurring Deposit from Checking | 273.35 | 0 | 1436.15 |
| 05/31/24 | PHONE Payment to creditor Chase - Phone | 0 | 85.00 | 1351.15 |
| 06/01/24 | Settlement fee | 0 | 382.00 | 969.15 |
| 06/07/24 | Monthly Service Fees | 0 | 10.75 | 958.40 |
| 06/12/24 | Recurring Deposit from Checking | 273.35 | 0 | 1231.75 |
| 06/20/24 | BLP Monthly Fee | 0 | 14.95 | 1216.80 |
| 06/26/24 | Recurring Deposit from Checking | 273.35 | 0 | 1490.15 |
| 06/30/24 | PHONE Payment to creditor Chase - Phone | 0 | 85.00 | 1405.15 |
| 07/07/24 | Monthly Service Fees | 0 | 10.75 | 1394.40 |
| 07/10/24 | Recurring Deposit from Checking | 273.35 | 0 | 1667.75 |
| 07/20/24 | BLP Monthly Fee | 0 | 14.95 | 1652.80 |
| 07/24/24 | Recurring Deposit from Checking | 273.35 | 0 | 1926.15 |
| 07/31/24 | PHONE Payment to creditor Chase - Phone | 0 | 85.00 | 1841.15 |
| 08/07/24 | Recurring Deposit from Checking | 273.35 | 0 | 2114.50 |
| 08/07/24 | Monthly Service Fees | 0 | 10.75 | 2103.75 |
| 08/20/24 | BLP Monthly Fee | 0 | 14.95 | 2088.80 |
| 08/21/24 | Recurring Deposit from Checking | 273.35 | 0 | 2362.15 |
| 08/31/24 | PHONE Payment to creditor Chase - Phone | 0 | 85.00 | 2277.15 |
| 09/05/24 | Recurring Deposit from Checking | 273.35 | 0 | 2550.50 |
| 09/07/24 | Monthly Service Fees | 0 | 10.75 | 2539.75 |
| 09/18/24 | Recurring Deposit from Checking | 273.35 | 0 | 2813.10 |
| 09/20/24 | BLP Monthly Fee | 0 | 14.95 | 2798.15 |
| 09/30/24 | PHONE Payment to creditor Chase - Phone | 0 | 85.00 | 2713.15 |
| 10/02/24 | Recurring Deposit from Checking | 273.35 | 0 | 2986.50 |
| 10/07/24 | Monthly Service Fees | 0 | 10.75 | 2975.75 |
| 10/17/24 | Recurring Deposit from Checking | 273.35 | 0 | 3249.10 |
| 10/20/24 | BLP Monthly Fee | 0 | 14.95 | 3234.15 |

| | | | | |
|---|---|---|---|---|
| 10/30/24 | Recurring Deposit from Checking | 273.35 | 0 | 3507.50 |
| 10/31/24 | PHONE Payment to creditor Chase - Phone | 0 | 85.00 | 3422.50 |
| 11/07/24 | Monthly Service Fees | 0 | 10.75 | 3411.75 |
| 11/14/24 | Recurring Deposit from Checking | 273.35 | 0 | 3685.10 |
| 11/20/24 | BLP Monthly Fee | 0 | 14.95 | 3670.15 |
| 11/27/24 | Recurring Deposit from Checking | 273.35 | 0 | 3943.50 |
| 11/30/24 | PHONE Payment to creditor Chase - Phone | 0 | 85.00 | 3858.50 |
| 12/07/24 | Monthly Service Fees | 0 | 10.75 | 3847.75 |
| 12/11/24 | Recurring Deposit from Checking | 273.35 | 0 | 4121.10 |
| 12/20/24 | BLP Monthly Fee | 0 | 14.95 | 4106.15 |
| 12/25/24 | Recurring Deposit from Checking | 273.35 | 0 | 4379.50 |
| 12/31/24 | PHONE Payment to creditor Chase - Phone | 0 | 85.00 | 4294.50 |
| 01/07/25 | Monthly Service Fees | 0 | 10.75 | 4283.75 |

| **SUMMARY OF RETURNED ITEM FEES** | | |
|---|---|---|
| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
| TOTAL RETURNED ITEM FEES | $0 | $0 |

NOTE: *Examine this statement carefully and report any irregularities. To check the current status of any payment shown as "In-Transit", please visit www.cftpay.com.*

**IMPORTANT ACCOUNT INFORMATION**

In case of errors or questions about your statement, electronic transactions on your statement, contact us directly at (888) 348 – 4543 or send us an e-mail at support@cftpay.com or write us at Crossroads Financial Technologies, 2975 Regent Blvd, Suite 100 Lockbox Services 208677 Irving, TX 75063. Our support staff is available to answer your questions Monday through Friday, from 5:00am to 4:00pm PST.

If you feel your statement is wrong or more information is needed about a transaction listed on the statement, we must hear from you no later than sixty (60) days after we sent the FIRST statement on which the alleged problem or error appeared

1. Tell us your name and account number (if any).
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.